**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00574-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

STEPHEN MICHAEL WEBER,

      Plaintiff,

v.

STEPHANIE WHALUM, CO APD,
AMY WEICHEL, CO APD,
NICK LUBCHENKO, CO APD,
JUDD LOHNES, CO APD,
ALICE NORMAN, CAPD,
JAKE JOYCE, CAPD,
COLORADO PUBLIC DEFENDER'S OFFICE,
THE DENVER DISTRICT ATTORNEY'S OFFICE,
CHIEF DEPUTY DISTRICT ATTORNEY MAGGIE CONBOY,
ADA BRIAN DUNN,
ADA SUNNY FUNK,
ADA UNKNOWN, case number 08MO9596,
ADA UNKNOWN, case number 08MO9592,
MUNICIPAL ASSISTANT DISTRICT ATTORNEY,
MADA UNKNOWN, case number 09GS200121, and
MADA UNKNOWN, case number 09GS163046,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted an Application to Proceed in District Court Without

Prepaying Fees or Costs and a Civil Rights Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to

this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   xx   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by plaintiff/petitioner/applicant
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or
            application
(8)   __   other _____

**Complaint or Petition**:
(9)   __   is not submitted
(10)  xx   is not on proper form (must use the court's current form)
(11)  __   is missing an original signature by the plaintiff/petitioner/applicant
(12)  __   is incomplete
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text
(15)  __   addresses must be provided for all defendants/respondents in "Section A.
            Parties" of complaint, petition or habeas application
(16)  __   other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along

with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 6, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge